IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| N.B., a minor, by and through her Parents and Next Friends, SUZANNE ATWELL-KEISTER and BRET BAILEY, | * * * * | |
| v. | * * | Civil No. CCB-18-258 |
| KATHLEEN STONE, C.N.M., *et al.*, | * | |

******

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby ORDERED that:

1. the plaintiffs' motion to remand (ECF No. 4) is **Granted**; and

2. this case is Remanded to the Circuit Court for Baltimore City.

Date: 5/11/18

/S/ CCB
Catherine C. Blake
United States District Judge